RAYMOND'S RESTAURANT CORPORATION D/B/A RAYMOND'S (MONTCLAIR), ET AL

Plaintiff

VS

THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, ET AL

Defendant

20241115165105

Superior Court Of New Jersey

ESSEX Venue

Docket Number: ESX L 7974 24

**Person to be served** (Name and Address):
THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT
20 WEST STATE STREET
TRENTON NJ 08608
**By serving:** NJ DEPT OF BANKING AND INSURANCE

**Attorney:** FRANCIS X. GARRITY, ESQ.

**Papers Served:** SUMMONS AND COMPLAINT, CIS, CERTIFICATIONS

**Service Data:**     [X] Served Successfully          [ ] Not Served

# AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____.____

Name of Person Served and relationship/title:

MARGE GRECO

PERSON AUTHORIZED TO ACCEPT SERVICE

Date/Time:     11/18/2024 1:38 PM     _____

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[X] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

**Description of Person Accepting Service:**

SEX: F___  AGE: 51-65_  HEIGHT: 5'9"-6'0"____  WEIGHT: 161-200 LBS.____  SKIN: WHITE_____  HAIR: BROWN___  OTHER: _____

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] Appears vacant
[ ] No response on:          Date/Time: _____
                            Date/Time: _____
                            Date/Time: _____

Other:

**Served Data:**
Subscribed and Sworn to me this

18th day of November, 2024

Notary Signature_____

Rosemary Ramos_____     September 25th, 2028
Name of Notary              My Commission Expires

I, JANE NUNN,
was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.



Signature of Process Server          Date
                                     11/18/2024

Name of Private Server: JANE NUNN  Address: 2009 Morris Avenue UNION, NJ 07083  Phone: (800) 672-1952