RAYMOND'S RESTAURANT CORPORATION D/B/A RAYMOND'S (MONTCLAIR), ET AL

Plaintiff

vs

THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, ET AL

Defendant

20241115164823

Superior Court Of New Jersey

ESSEX Venue

Docket Number: ESX L 7974 24

**Person to be served** (Name and Address):
ACE PROPERTY AND CASUALTY INSURANCE COMPANY
20 WEST STATE STREET
TRENTON NJ 08608
By serving: NJ DEPT OF BANKING AND INSURANCE

**Attorney:** FRANCIS X. GARRITY, ESQ.

**Papers Served:** SUMMONS AND COMPLAINT, CIS, CERTIFICATIONS

**Service Data:**   [X] Served Successfully      [ ] Not Served

## AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____.___

Name of Person Served and relationship/title:

MARGE GRECO

PERSON AUTHORIZED TO ACCEPT SERVICE

**Date/Time:** 11/18/2024 1:38 PM

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[X] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

**Description of Person Accepting Service:**

SEX: F   AGE: 51-65   HEIGHT: 5'9"-6'0"   WEIGHT: 161-200 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER: _____

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] Appears vacant
[ ] No response on:    Date/Time: _____
                      Date/Time: _____
                      Date/Time: _____

Other:

**Served Data:**
Subscribed and Sworn to me this

18th day of November, 2024

Notary Signature _____

Rosemary Ramos          September 25th, 2028
Name of Notary          My Commission Expires



I, JANE NUNN,
was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____    11/18/2024
Signature of Process Server    Date

Name of Private Server: JANE NUNN  Address: 2009 Morris Avenue UNION, NJ 07083  Phone: (800) 672-1952