Steven A. Torrini
**MOUND COTTON WOLLAN & GREENGRASS LLP**
30A Vreeland Road
Florham Park, New Jersey 07932
(973) 325-1500
Attorneys for Defendant
*Ace Property and Casualty Insurance Company*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| RAYMOND'S RESTAURANT CORPORATION d/b/a RAYMOND'S (MONTCLAIR) and RAYMOND'S RIDGEWOOD, LLC, | **NOTICE OF CONSENT TO REMOVAL** <br><br> Civil Action No.: 24-cv-11189 |
| Plaintiffs, | |
| v. | |
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT and ACE PROPERTY AND CASUALTY INSURANCE COMPANY, | |
| Defendants. | |

---

Defendant **ACE PROPERTY AND CASUALTY INSURANCE COMPANY** ("Ace") hereby consents to the removal of this action from the Superior Court of New Jersey, Essex County, to this Court. Ace was served with the Summons and Complaint on November 18, 2024, by service upon the Commissioner of the New Jersey Department of Banking and Insurance.

**MOUND COTTON WOLLAN & GREENGRASS LLP**
Attorneys for Defendant
*Ace Property and Casualty Insurance Company*

By: ___/s Steven A. Torrini_____
       Steven A. Torrini

Dated: December 16, 2024