Adam P. Friedman
Claire Diallo
**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, New Jersey  07068
(973) 325-1500
Attorneys for Defendant
*The Travelers Indemnity Company of Connecticut*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------

| | |
|---|---|
| RAYMOND'S RESTAURANT CORPORATION d/b/a RAYMOND'S (MONTCLAIR) and RAYMOND'S RIDGEWOOD, LLC, | **RULE 7.1 STATEMENT** |
| Plaintiffs, | Civil Action No.: 24-cv-11189 |
| v. | |
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT and ACE PROPERTY AND CASUALTY INSURANCE COMPANY, | |
| Defendants. | |

------------------------------------------------------

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel for **THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,** a private non-governmental party, certifies the following:

Travelers Indemnity Company of Connecticut is 100% owned by The Phoenix Insurance Company, which is 100% owned by the Travelers Indemnity Company, which is 100% owned by Travelers Insurance Group Holdings Inc., which is 100% owned by Travelers Property Casualty Corp., which is 100% owned by The Travelers Companies, Inc. The Travelers Companies, Inc. is the only publicly held company in the corporate family.

No individual or corporation owns 10% or more of the stock of The Travelers Companies, Inc.

Travelers Indemnity Company of Connecticut is a corporation organized and existing pursuant to the laws of the State of Connecticut, with its principal place of business in Hartford, Connecticut.

**CHIESA SHAHINIAN & GIANTOMASI PC**
Attorneys for Defendant
*The Travelers Indemnity Company of Connecticut*


By: ____*/s Adam P. Friedman*____
        Adam P. Friedman

Dated: December 16, 2024