Francis X. Garrity, Esq. (Attorney # 009471973)
GARRITY, GRAHAM, MURPHY, GAROFALO & FLINN
A Professional Corporation
425 Eagle Rock Avenue, Suite 202
Roseland, NJ 07068
Telephone: (973) 509-7500
**Attorneys for Plaintiff, Raymond's**
**Restaurant Corp. d/b/a Raymond's (Montclair)**
**Our File No.: 990.27942/FXG**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAYMOND'S RESTAURANT CORPORATION d/b/a RAYMOND'S (MONTCLAIR) and RAYMOND'S RIDGEWOOD, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE TRAVELERS INDEMNITY COMPANY OF AMERICA and ACE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Defendants. | Civil Action:  2:24-cv-11189 (SDW-JRA)<br><br>**PLAINTIFF RAYMOND'S RESTAURANT CORPORATION d/b/a RAYMOND'S (MONTCLAIR) NOTICE OF MOTION FOR SUMMARY JUDGMENT** |

PLEASE TAKE NOTICE that plaintiff Raymond's Restaurant Corporation d/b/a Raymond's (Montclair), through its attorneys, Garrity, Graham, Murphy, Garofalo & Flinn, P.C., will move before this Court for an Order granting Summary Judgment against the defendant The Travelers Indemnity Company of America.

In support of Raymond's Restaurant's motion, plaintiff will rely upon the Stipulated Joint Statement of Material Facts, Certification of Francis X. Garrity, and Brief in support of the motion. A Proposed Order is annexed hereto.

GARRITY, GRAHAM, MURPHY,<br>
GAROFALO & FLINN, P.C.<br>
Attorneys for Plaintiff, Raymond's<br>
Restaurant Corporation d/b/a<br>
Raymond's (Montclair)

BY:  /s/ *Francis X. Garrity*
      FRANCIS X. GARRITY, ESQ.

Date: May 23, 2025